CATHARINE HEDORFER, as Administratrix of the Estate of
JOHN HEDORFER, Deceased, Appellant, *v.* JACOB RUPPERT,
Respondent.

*Hedorfer* v. *Ruppert*, 104 App. Div. 631, affirmed.
(Argued January 21, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Octo-
ber 12, 1905, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term in an action to recover for the death of plaintiff's
intestate alleged to have been caused by his being kicked by
a vicious horse belonging to defendant.

· *John Frankenheimer* for appellant.

*George Gordon Battle* and *Frederick E. Fishel* for
respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT and CHASE, JJ.
Dissenting: EDWARD T. BARTLETT, WILLARD BARTLETT and
HISCOCK, JJ.